IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr119 |
| | ) | |
| IMRAN ALAM | ) | |

## ORDER

The matter came before the Court on defendant's motion to extend reporting date (docket no. 42).

For the reasons stated from the Bench,

It is hereby **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**. Specifically, defendant's motion is **GRANTED** insofar as defendant's reporting date is **EXTENDED** until 12:00 p.m., September 18, 2008. The motion is **DENIED** in all other respects.

The Clerk is directed to send a copy of this Order to the Bureau of Prisons, the Marshal's Service, the Probation Office and all counsel of record.

/s/
_____
T. S. Ellis, III
United States District Judge

August 27, 2008
Alexandria, VA