# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr119 |
| | ) | |
| IMRAN ALAM | ) | |

## ORDER

The matter is before the Court on the government's oral request — made to the Clerk's Office — for an extension of time within which to file a response to defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

For good cause,

It is hereby **ORDERED** that the government's request for an extension of time is **GRANTED**.

Accordingly, it is further **ORDERED** that the government is **DIRECTED** to file its response to defendant's § 2255 motion by 5:00 p.m., Friday, April 24, 2009.

The Clerk is directed to send a copy of this Order to all counsel of record.

/s/
_____

April 15, 2009
Alexandria, VA

T. S. Ellis, III
United States District Judge